PEOPLE v CROCKETT. Appeal from Genesee, Elza H. Papp, J. Submitted Division 2 April 4, 1972, at Lansing. (Docket No. 11866.) Decided May 3, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, for the people.

*Roger W. Kittendorf,* for defendant on appeal.

Before: QUINN, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. A jury convicted defendant of carrying a concealed weapon without a license, MCLA 750.227; MSA 28.424. He was sentenced and he appeals.

A review of the record and briefs discloses no prejudicial error denying defendant any substantial right.

Affirmed on the authority of *People v Payne,* 27 Mich App 133 (1970).